157 A.3d 476

**Joy JACOBS, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

**No. 112 EM 2016**

Supreme Court of Pennsylvania.

September 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.